UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE LEE BRYANT, JR.,

       Petitioner,                                            Case No. 1:10-CV-772

v.                                                                     Hon. Gordon J. Quist

CAROL HOWES,

       Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 11, 2011. The Report and Recommendation was served on Petitioner by mail on April 12, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (docket no. 21) is **approved and adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Respondent's Motion for Summary Judgment and Dismissal of Petition for Writ of Habeas Corpus (docket no. 8) is **DENIED**.


Dated: May 4, 2011                                                     /s/ Gordon J. Quist
                                                                                  GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE